Lee Stein (#12368)
lee@mitchellsteincarey.com
MITCHELL | STEIN | CAREY, PC
One Renaissance Square
2 North Central Avenue, Suite 1900
Phoenix, AZ 85004
Telephone: (602) 358-0292
Facsimile: (602) 358-0291
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | ) CR-17-0585-02-PHX-JJT |
|---|---|
| Plaintiff, | ) **MOTION FOR EXTENSION OF TIME** |
| | ) **TO FILE PRETRIAL MOTIONS AND** |
| v. | ) **MOTION TO CONTINUE TRIAL** |
| Peter Nathan Steinmetz, et al., | ) (First Request) |
| Defendant. | ) |

    Defendant Peter Steinmetz, though undersigned counsel, respectfully requests that this Court continue the Trial, currently set for October 3, 2017, for a period of 60 days, or to a date thereafter convenient to the Court. Defendant also requests that the date for the filing of pretrial motions, currently set for September 5, 2017, be continued for 60 days.

    Defense counsel has consulted with Assistant United States Attorney Matthew Binford, counsel for the Government, and Maria Weidner, counsel for co-defendant Thomas Costanzo, and can state that Mr. Binford and Ms. Weidner do not oppose the requested relief.

    In support of this motion counsel notes that pursuant to this Court's Protective Order, counsel on August 17, 2017 received over three thousand pages of discovery, including audio and video recording and financial records, that require review. Accordingly, given the complexity of the charges, additional time is necessary for

defense counsel to review discovery, retain necessary experts, and prepare for a resolution or trial.

It is expected that excludable delay under U.S.C. § 3161(h) may occur as a result of this motion or an order based thereon.

RESPECTFULLY SUBMITTED on August 31, 2017.

MITCHELL | STEIN | CAREY, PC

By: */s/ Lee Stein*
Lee Stein
Attorneys for Defendant

I certify that on August 31, 2017, I electronically transmitted a PDF version of this document to the Clerk of Court, using the CM/ECF System, for filing and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Clerk's Office
United States District Court
Sandra Day O'Connor Courthouse
401 W. Washington
Phoenix, Arizona 85003

Matthew Binford
Assistant U.S. Attorney
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, AZ 85004
Attorneys for Plaintiff

Maria Weidner
Assistant Federal Public Defender
850 W. Adams Street, Suite 201
Phoenix, Arizona 85007


*/s/ Stephanie King*