UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR-17-0585-02-PHX-JJT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Peter Nathan Steinmetz, et al., | ) | (First Request) |
| | ) | |
| Defendant. | ) | |
| | ) | |

  Upon motion of Defendant, and good cause appearing,

  **IT IS ORDERED** granting the Motion for Extension of Time to File Pretrial Motions and Motion to Continue Trial for the reasons stated in Defendant's motion, including that defense counsel needs additional time to prepare for trial.

  This court specifically finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. The findings is based upon the Court's conclusion that the failure to grant such a continuance would defy defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. U.S.C. § 3161(h).

  IT IS FURTHER ORDERED continuing the trial from October 3, 2017 to _____, and continuing the pretrial motion deadline until _____.

  The Court finds excludable delay under U.S.C. § 3161(h) from _____ to _____.

**DATED** _____, 2017.

_____
United States District Court Judge Tuchi