Lee Stein (#12368)
lee@mscclaw.com
MITCHELL | STEIN | CAREY | CHAPMAN, PC
One Renaissance Square
2 North Central Avenue, Suite 1450
Phoenix, AZ 85004
Telephone: (602) 358-0292
Facsimile: (602) 358-0291
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | ) CR-17-0585-02-PHX-JJT |
|---|---|
| Plaintiff, | ) **MOTION FOR PERMISSION TO TRAVEL AND FOR MODIFICATION OF CONDITIONS OF RELEASE** |
| v. | |
| Peter Nathan Steinmetz, et al., | |
| Defendant. | |

Defendant Peter Steinmetz, though undersigned counsel, respectfully requests permission from this Court authorizing his travel to Baltimore from October 19, 2017 to October 20, 2017, and to New Hampshire from October 20, 2017 to October 23, 2017. The purpose of this trip is for business relating to the Nakamoto Brain Research Institute.

Defendant also respectfully requests that his conditions of release be modified, by deletion of his curfew [Dkt. 34] but retaining active GPS monitoring of defendant.

Undersigned counsel has spoken with Gilbert Lara of U.S. Pretrial Services, and contacted AUSA Matthew Binford regarding this request for permission to travel and for modification of his conditions of release. Counsel can state that Mr. Lara and Mr. Binford do not oppose these two requests. The specific details of Dr. Steinmetz's requested travel, including his flight itinerary and where he will be staying in Baltimore and New

Hampshire, have been provided to both Mr. Lara and Mr. Binford (Itineraries attached as Exhibits 1-3).

It is not expected that excludable delay under Title 18 U.S.C. § 3161(h)(7)(B)(i) and (iv) may occur as a result of this motion or from an order based thereon.

RESPECTFULLY SUBMITTED on October 12, 2017.

MITCHELL | STEIN | CAREY | CHAPMAN, PC

By: */s/ Lee Stein*
Lee Stein
Attorneys for Defendant

I certify that on October 12, 2017, I electronically transmitted a PDF version of this document to the Clerk of Court, using the CM/ECF System, for filing and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Clerk's Office
United States District Court
Sandra Day O'Connor Courthouse
401 W. Washington
Phoenix, Arizona 85003

Matthew Binford
Assistant U.S. Attorney
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, AZ 85004
Attorneys for Plaintiff

COPY mailed on August 7, 2017, to:

Gilbert R. Lara
U.S. Pretrial Services
401 W. Washington, SPC 260
Phoenix, AZ 85003

*/s/ Stephanie King*