

MITCHELL STEIN CAREY CHAPMAN PC
ATTORNEYS AT LAW

# Exhibit | 1

| DEPART | | | ARRIVE | |
|---|---|---|---|---|
| 10/19/2017  **10:00am**<br>MST | **Scottsdale**<br>SDL (Scottsdale, AZ) | 1687 NM<br>4:18 | 10/19/2017  **05:18pm**<br>EDT | **Dulles Intl**<br>IAD (Washington, DC) |
| 10/20/2017  **03:00pm**<br>EDT | **Dulles Intl**<br>IAD (Washington, DC) | 364 NM<br>1:18 | 10/20/2017  **04:18pm**<br>EDT | **Lebanon Muni**<br>LEB (Lebanon, NH) |
| 10/23/2017  **10:00am**<br>EDT | **Lebanon Muni**<br>LEB (Lebanon, NH) | 1318 NM<br>4:18 | 10/23/2017  **01:18pm**<br>CDT | **Dallas Love Field**<br>DAL (Dallas, TX) |
| 10/23/2017  **03:00pm**<br>CDT | **Dallas Love Field**<br>DAL (Dallas, TX) | 756 NM<br>2:36 | 10/23/2017  **03:36pm**<br>MST | **Scottsdale**<br>SDL (Scottsdale, AZ) |



Exhibit | 2

Reservation Confirmation - 92501521                          10/10/17, 11:50 AM



4 West University Parkway, Baltimore, Maryland, 21218-2306, USA
+1-410-235-5400

you are eligible for a custom upgrade!

Premium rooms can be offered at check-in for **as little as $42** extra per night!

Show my custom upgrade

**Hotel**

Inn at The Colonnade Baltimore - a DoubleTree by Hilton Hotel
4 West University Parkway
Baltimore, Maryland 21218-2306
USA
Phone: +1-410-235-5400

Maps and directions, Local guide

**Room and Plan Selection**

| DETAILS | (USD) |
|---|---|
| 2 QUEEN BEDS LARGER ROOM-NONSMOKING FLEXIBLE RATE | |
| Price: | $219.00 |
| Taxes: | $33.95 |
| **Total for stay:** | **$252.95** |

**Stay Information**

| | |
|---|---|
| Arrival: | Thursday, 19 Oct 2017 |
| Departure: | Friday, 20 Oct 2017 |
| | 1 room for 1 night |
| | 1 adult |

Early check-in cannot be guaranteed. Contact the hotel to inquire about early check-in or late check-out. Hotel check-in time is 3:00 pm and check-out is at 12:00 pm.

**Guest Information**

| | |
|---|---|
| Guest name: | Peter Steinmetz |
| Additional Guests: | |
| Address type: | Home |
| Address: | On file |
| Email: | On file |
| Phone: | On file |

**Payment Information**

| | |
|---|---|
| Card type: | American Express |
| Card number: | ************1003 |
| Expiration: | Sep 2022 |

you are eligible for a custom upgrade!

Premium rooms can be offered at check-in for **as little as $42** extra per night!

Show my custom upgrade

## Driving directions

**To our hotel:** From the North - Take I-95 or I-83 south to I-695 west. Take exit #23, I- 83 south , the Jones Falls Expressway to exit 9A, east on Coldspring Lane. Make a right on Roland Ave. Keep left. Roland turns into University Parkway. The Baltimore MD hotel, Inn at Colonnade on the left- directly across from JHU Lacrosse Stadium.

From the South - I-95 north to I-395 downtown. Follow to right on Pratt St. Take a left on Calvert St. Follow north to University Pkwy. Turn left to Inn on the right about 1/4 mile.

**From Baltimore/Washington International:** TURN LEFT OUT OF THE HOTEL ONTO UNIVERSITY PARKWAY AT 2ND LIGHT TURN RIGHT ONTO ST PAUL STREET PROCEED FOR 4 MILES THEN TURN LEFT ONTO GREEN STREET GREEN STREET TURNS INTO 295 SOUTH FOLLOW SIGNS TO BWI AIRPORT

## Rules & Restrictions

### Taxes

- 15.50 % per room per night

### Guarantee Policy

There is a Credit Card required for this reservation.

If you use a debit/credit card to check in, a hold may be placed on your card account for the full anticipated amount to be owed to the hotel, including estimated incidentals, through your date of check-out and such hold may not be released for 72 hours from the date of check-out or longer at the discretion of your card issuer.

### Cancellation Policy

If you wish to cancel, please do so 48 hours prior to arrival to avoid cancellation penalties.

At check in, the front desk will verify your check-out date. Rates quoted are based on check-in date and length of stay. Should you choose to depart early, price is subject to change.

We reserve the right to cancel or modify reservations where it appears that a customer has engaged in fraudulent or inappropriate activity or under other circumstances where it appears that the reservations contain or resulted from a mistake or error.

Totals listed here are estimated based on current taxes and exchange rates (if applicable) and do not include additional fees/charges that may be incurred during your stay.

### Optional services for an additional charge

- Parking charges: Self parking - $20.00, Plus tax. Valet parking - $29.00, Plus tax
- All guests get free standard Wi-Fi in-room and in the lobby.
- Pets allowed, $100.00 Non-refundable fee, 50 lbs maximum

Booking Terms & Conditions



Exhibit | 3

Element Hanover Lebanon Reservation Confirmation - Guest Reservations                                10/9/17, 11:01 PM

Over 100,000 hotels worldwide (/)    (https://www.facebook.com/guestreservations)   (https://twitter.com/guest_res)    (https://www.instagram.com/beautifulhotelsonly/)



**ELEMENT HANOVER LEBANON (/ELEMENT-HANOVER-LEBANON/BOOKING)**

25 Foothill Street, Lebanon, NH, 03766

Reservations:
📞 **1-866-238-4218 (tel:18662384218)**

# THANK YOU

Here is your reservation information:

Itinerary Number: **R904740612**

### YOUR BOOKING SUMMARY

Currency  USD

| | |
|---|---|
| Check-in : | Friday, October 20, 2017 |
| Check out : | Monday, October 23, 2017 |
| Rooms : | 2 |
| Room 1 guests: | 2 Adults |
| Room 2 guests: | 2 Adults |
| Nightly Rates: | Room 1: $207.40 - Oct 20, 2017 $207.40 - Oct 21, 2017 $207.40 - Oct 22, 2017 Room 2: $207.40 - Oct 20, 2017 $207.40 - Oct 21, 2017 $207.40 - Oct 22, 2017 |
| Extra person fees : | $0.00 |
| Tax Recovery Charges and Service Fees : | $457.02 |

### Hotel's cancellation policy for this room

Each room in this reservation is subject to the hotel's cancellation policy which is: This reservation is non-refundable. There is no refund for no-shows or early checkouts.

### Hotel's Policy Description

Cancellation Options: If you don't check-in to the hotel on the first day of your reservation and do not alert the hotel in advance, the hotel reserves the right to cancel your reservation and may charge you a penalty. Rate Description: Websaver - Full pre-payment required upon booking Room Charge Disclosure: Your credit card is charged the total cost at time of purchase. Prices and room availability are not guaranteed until full payment is received.

**BACK TO HOME (/ELEMENT-HANOVER-LEBANON/BOOKING)**

### TOTAL CHARGES
### $ 1,701.42

You will be charged: $1,701.42 (including taxes and fees) which is non-refundable.

This rate is non-refundable and cannot be changed or cancelled - if you do choose to change or cancel this booking you will not be refunded any of the payment.

Home (/)   FAQ (/about/faq)   Term of Use (/about/termsofuse)   Privacy Policy (/about/privacy)   DMCA Policy (/about/dmcapolicy)
About Us (/about/page)   Contact Us (/about/contact)   Legal (/about/contact)   Group Rates   Extended Stays
My Booking (https://www.getaroom.com/reservations/)

NEWSLETTER SIGNUP

FOLLOW US ON

Your Email Address

f (https://www.facebook.com/guestreservations)
(https://twitter.com/guest_res)

Copyright 2017 Guest Reservations . All Right Reserved.

Guest Reservations is an independent booking service offering over 100,000 hotels worldwide.

(https://www.instagram.com/beautifulhotelsonly/)