UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR-17-0585-02-PHX-JJT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Peter Nathan Steinmetz, et al., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Based upon undersigned Counsel's Motion for Permission to Travel and for Modification of Conditions of Release;

**IT IS HEREBY ORDERED** that Defendant may travel to Baltimore, beginning on October 19, 2017 to October 20, 2017 and from Baltimore to New Hampshire on October 20, 2017, returning to Phoenix on October 23, 2017.

**IT IS FURTHER ORDERED** deleting curfew from defendant's conditions of release while retaining active monitoring of defendant through GPS.

**DATED _____, 2017.**

_____
Honorable John J. Tuchi
United States District Judge