IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Peter Nathan Steinmetz,<br><br>　　　　Defendant. | No. CR-17-00585-02-PHX-JJT<br><br>**ORDER** |

　　　　Upon motion of the Defendant for Permission to Travel and for Modification of Conditions of Release (Doc. 48), having no opposition by the Government and Pretrial Services, and good cause appearing;

　　　　**IT IS ORDERED** granting Defendant's Motion (Doc. 48), and allowing him to travel to Baltimore, MD beginning October 19, 2017 to October 20, 2017 and from Baltimore, MD to Lebanon, NH on October 20, 2017, returning to Phoenix, AZ on October 23, 2017.

　　　　**IT IS FURTHER ORDERED** that the Defendant is to contact his Pretrial Services Officer prior to leaving for Baltimore, MD on October 19, 2017 and upon his return to Arizona on October 23, 2017.

　　　　**IT IS FURTHER ORDERED** deleting curfew from defendant's conditions of release while retaining active monitoring of defendant through GPS.

　　　　**IT IS FURTHER ORDERED** that all other conditions of release imposed on

the Defendant will remain the same unless otherwise ordered by this Court.

Dated this 13th day of October, 2017.

_____
Honorable John J. Tuchi
United States District Judge

(cc: Pretrial Services)