Lee Stein (#12368)
lee@mscclaw.com
Michael Morrissey (#012531)
michael@mscclaw.com
MITCHELL | STEIN | CAREY | CHAPMAN, PC
One Renaissance Square
2 North Central Avenue, Suite 1450
Phoenix, AZ 85004
Telephone:  (602) 358-0292
Facsimile:   (602) 358-0291
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | ) | CR-17-0585-02-PHX-JJT |
|---|---|---|
| Plaintiff, | ) | **NOTICE OF APPEARANCE OF MICHAEL MORRISSEY** |
| v. | ) | |
| Peter Nathan Steinmetz, et al., | ) | |
| Defendant. | ) | |

Michael Morrissey of the law firm of Mitchell Stein Carey Chapman, PC, enters his Notice of Appearance on behalf of PETER NATHAN STEINMETZ in the above-captioned matter.

RESPECTFULLY SUBMITTED on October 30, 2017.

MITCHELL | STEIN | CAREY | CHAPMAN, PC

By: */s/ Michael Morrissey*
    Michael Morrissey
    Attorneys for Defendant

**CERTIFICATE OF SERVICE**

     I certify that on October 30, 2017, I electronically transmitted a PDF version of this document to the Clerk of Court, using the CM/ECF System, for filing and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Clerk's Office
United States District Court
Sandra Day O'Connor Courthouse
401 W. Washington
Phoenix, Arizona 85003

Matthew Binford
Fernanda Carolina Escalante Konti
Assistant U.S. Attorneys
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, AZ 85004
Attorneys for Plaintiff


*/s/ Julie Greenwood*