Lee Stein (#12368)
lee@mscclaw.com
Michael Morrissey (#012531)
michael@mscclaw.com
MITCHELL | STEIN | CAREY | CHAPMAN, PC
One Renaissance Square
2 North Central Avenue, Suite 1450
Phoenix, AZ 85004
Telephone: (602) 358-0292
Facsimile: (602) 358-0291
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-17-0585-02-PHX-GMS |
| Plaintiff, | **UNOPPOSED MOTION TO EXTEND DEADLINE FOR FILING PRETRIAL MOTIONS** |
| v. | |
| Peter Nathan Steinmetz, et al., | **(Second Request)** |
| Defendant. | |

Defendant Peter Nathan Steinmetz (hereafter "Dr. Steinmetz") respectfully requests, pursuant to Fed. R. Crim. P. 12(c)(2), that this extend the time for filing pretrial motions, from the current date of November 6, 2017, until 30 days after the Court has ruled on the pending motions, or if a second superseding indictment is returned, that a new motion deadline be established at the time of arraignment on the second superseding indictment. [Doc. 45]

Defendant Steinmetz has filed a number of pre-trial motions, as has Defendant Costanzo, and additional motions are contemplated. Further, it is anticipated that Defendant Steinmetz will file additional motions based upon the Court's rulings and the actions of the Government in response to the pending motions. In particular, Dr.

137489774.2

Steinmetz has moved: (i) to dismiss counts 1 (charging a violation of 18 U.S.C. § 371) and 2 (charging a violation of 18 U.S.C. § 1960) because the superseding indictment violates Rule 7(c) by failing to provide a "plain, concise, and definite written statement of the essential facts constituting the offense charged." [Doc. 51]; (ii) to dismiss count 1 (charging a violation of 18 U.S.C. § 371), because the Government failed to allege any overt acts of the conspiracy [Doc. 50]; (iii) for disclosure of the instructions to the Grand Jury and the testimony before the Grand Jury of the agents, based upon the concern that the Grand Jury was improperly instructed that peer-to-peer trades of bitcoin, without it being on behalf of the public and without transfer to another person or location, violated 18 U.S.C. § 1960  [Doc. 54]; and (iv) to sever, based upon the money laundering and felon-in-possession counts (counts 3 through 8) charged against Defendant Costanzo being misjoined with the unlicensed money transmission and conspiracy counts (counts 1 and 2) charged against both Dr. Steinmetz and Costanzo. [Doc. 57]

If the Court grants some or all of these motions, or if the Government chooses to address the issues raised in the motions by returning to the Grand Jury and seeking a second superseding indictment, Dr. Steinmetz would want the opportunity to file motions addressed to the new indictment.  In addition, if the Court were to deny the pending motions, Dr. Steinmetz would want the opportunity to address issues resulting from those rulings as well.

Counsel for the Government and counsel for Defendant Costanzo have advised undersigned counsel that neither opposes the relief requested.

It is not expected that excludable delay under Title 18 U.S.C. § 3161(h)(7)(B)(i) and (iv) may occur as a result of this motion or from an order based thereon.

RESPECTFULLY SUBMITTED on November 2, 2017.

MITCHELL | STEIN | CAREY | CHAPMAN, PC

By: */s/ Lee Stein*
Lee Stein
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

 I certify that on November 2, 2017, I electronically transmitted a PDF version of this document to the Clerk of Court, using the CM/ECF System, for filing and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Clerk's Office
United States District Court
Sandra Day O'Connor Courthouse
401 W. Washington
Phoenix, Arizona 85003

Matthew Binford
Fernanda Carolina Escalante Konti
Assistant U.S. Attorneys
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, AZ 85004
Attorneys for Plaintiff


*/s/* *Julie Greenwood*

137489774.2