UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR-17-0585-02-PHX-GMS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | (Second Request) |
| Peter Nathan Steinmetz, et al., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Having reviewed Defendant's Unopposed Motion for Extension of Time to File Pretrial Motions, and good cause appearing,

**IT IS ORDERED** granting the Motion for Extension of Time to File Pretrial Motions until 30 days following entry of the Court's orders on the pretrial motions filed by the current pretrial motion deadline of November 6, 2017.

**IT IS FURTHER ORDERED** that excludable delay under 18 U.S.C. § 3161(h) will commence from _____ to _____.

**DATED** _____, 2017.

_____
G. Murray Snow, United States District Judge