Lee Stein (#12368)
lee@mscclaw.com
Michael Morrissey (#012531)
michael@mscclaw.com
MITCHELL | STEIN | CAREY | CHAPMAN, PC
One Renaissance Square
2 North Central Avenue, Suite 1450
Phoenix, AZ 85004
Telephone:  (602) 358-0292
Facsimile:   (602) 358-0291
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | ) CR-17-0585-02-PHX-GMS |
| | ) |
| Plaintiff, | ) **MOTION FOR PERMISSION TO** |
| | ) **TRAVEL** |
| v. | ) |
| | ) |
| Peter Nathan Steinmetz, et al., | ) |
| | ) |
| Defendant. | ) |
| | ) |

Defendant Peter Steinmetz (hereafter "Dr. Steinmetz") though undersigned counsel, respectfully requests permission from this Court authorizing his travel to Baltimore from November 11, 2017 to November 15, 2017.  The purpose of the proposed trip is business.  Dr. Steinmetz is a scheduled presenter on behalf of his employer NBRI at the Society of Neuroscience conference held from November 11-15, 2017.

Undersigned counsel has been advised by both Gilbert Lara of U.S. Pretrial Services, and AUSA Matthew Binford that they do not oppose this request.

It is not expected that excludable delay under Title 18 U.S.C. § 3161(h)(7)(B)(i) and (iv) may occur as a result of this motion or from an order based thereon.

RESPECTFULLY SUBMITTED on November 6, 2017.

MITCHELL | STEIN | CAREY | CHAPMAN, PC

By: */s/ Michael Morrissey*
    Michael Morrissey
    Lee Stein
    Attorneys for Defendant

I certify that on November 6, 2017, I electronically transmitted a PDF version of this document to the Clerk of Court, using the CM/ECF System, for filing and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Clerk's Office
United States District Court
Sandra Day O'Connor Courthouse
401 W. Washington
Phoenix, Arizona 85003

Matthew Binford
Fernanda Carolina Escalante Konti
Assistant U.S. Attorneys
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, AZ 85004
Attorneys for Plaintiff

COPY mailed on November 6, 2017, to:

Gilbert R. Lara
U.S. Pretrial Services
401 W. Washington, SPC 260
Phoenix, AZ 85003

*/s/ Stephanie King*