UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR-17-0585-02-PHX-GMS |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| Peter Nathan Steinmetz, et al., | ) | |
| Defendant. | ) | |

Based upon undersigned Counsel's Motion for Permission to Travel;

**IT IS HEREBY ORDERED** that Defendant may travel to Baltimore, beginning on November 11, 2017, returning to Phoenix on November 15, 2017.

**DATED** _____, 2017.

_____
Honorable G. Murray Snow
United States District Judge