IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Peter Nathan Steinmetz,<br><br>　　　　Defendant. | No. CR-17-00585-02-PHX-GMS<br><br>**ORDER** |

　　　Based upon the defendant's Motion for Permission to Travel and there being no objection by the government or Pretrial Services officer,

　　　IT IS ORDERED granting the defendant's Motion for Permission to Travel (Doc. 66) and permitting the defendant to travel to Baltimore, Maryland beginning on November 11, 2017, returning to Phoenix, Arizona on November 15, 2017.

　　　Dated this 9th day of November, 2017.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Honorable G. Murray Snow
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

cc: USPTS