Lee Stein (#12368)
lee@mscclaw.com
Michael Morrissey (#12531)
michael@mscclaw.com
MITCHELL | STEIN | CAREY | CHAPMAN, PC
One Renaissance Square
2 North Central Avenue, Suite 1450
Phoenix, AZ 85004
Telephone:  (602) 358-0292
Facsimile:  (602) 358-0291
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | ) CR-17-0585-02-PHX-GMS |
| | ) |
| Plaintiff, | ) **UNOPPOSED MOTION FOR** |
| | ) **RETURN OF PASSPORTS AND** |
| v. | ) **ACCESS CARD** |
| | ) |
| Peter Nathan Steinmetz, et al., | ) |
| | ) |
| Defendant. | ) |
| | ) |

By Order of this Court [Dkt 74] dismissing Counts 1 and 2 of the Superseding Indictment, Dr. Steinmetz's involvement in this case ceased, without prejudice to any future filing of charges by the government.  Dr. Steinmetz, through undersigned counsel, respectfully requests the return of his passports (both current and expired), and his access card to Falcon Field in Mesa, Arizona, all of which are currently in the custody of the United States Pretrial Services Office.

Undersigned counsel has been advised by Assistant United States Attorney Gary Restaino that he does not oppose this request.

It is not expected that excludable delay under Title 18 U.S.C. § 3161(h)(7)(B)(i) and (iv) may occur as a result of this motion or from an order based thereon.

RESPECTFULLY SUBMITTED on December 11, 2017.

MITCHELL | STEIN | CAREY | CHAPMAN, PC

By: */s/ Michael Morrissey*
    Michael Morrissey
    Lee Stein
    Attorneys for Defendant

I certify that on December 11, 2017, I electronically transmitted a PDF version of this document to the Clerk of Court, using the CM/ECF System, for filing and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Clerk's Office
United States District Court
Sandra Day O'Connor Courthouse
401 W. Washington
Phoenix, Arizona 85003

Gary Restaino
Matthew Binford
Fernanda Carolina Escalante Konti
Assistant U.S. Attorneys
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, AZ 85004
Attorneys for Plaintiff

COPY mailed on December 11, 2017, to:

Gilbert R. Lara
U.S. Pretrial Services
401 W. Washington, SPC 260
Phoenix, AZ 85003

*/s/ Stephanie King*