UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR-17-0585-02-PHX-GMS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| Peter Nathan Steinmetz, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Based upon Counsel's Unopposed Motion for Return of Passports and Access Card (Doc. 94), no objection by the Government, and good cause appearing,

**IT IS HEREBY ORDERED** granting the motion.

**IT IS FURTHER** ORDERED that Defendant's U.S. Passport Numbers 015858128/461580007 and E1373231, and access card (if in the custody of U.S. Pretrial Services) shall be returned to Peter Nathan Steinmetz.

No excludable delay shall occur from the entry of this order.

Dated this 20th day of December, 2017.

*A. Murray Snow*
G. Murray Snow
United States District Judge

cc: PTS